IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00064-BNB
(The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.)

PHILIP J. SIMON,

      Plaintiff,

v.

DENTIST HIGHSMITH,
DENTIST LOVINCZ, and
FIVE JOHN/JANE DOES,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 4 2011

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing (account statement submitted
            does not cover 6-month period immediately preceding this filing)
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information

(6)   __      is missing an original signature by the prisoner
(7)   __      is not on proper form (must use the court's current form)
(8)   __      names in caption do not match names in caption of complaint, petition or habeas application
(9)   __      An original and a copy have not been received by the court.
                  Only an original has been received.
(10) __      other:_____.

**Complaint, Petition or Application**:
(11) __      is not submitted
(12) __      is not on proper form (must use the court's current form)
(13) __      is missing an original signature by the prisoner
(14) __      is missing page nos. ___
(15) __      uses et al. instead of listing all parties in caption
(16) __      An original and a copy have not been received by the court.  Only an original has been received.
(17) __      Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __      names in caption do not match names in text
(19) __      other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED January 14, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-00064-BNB

Phillip J. Simon
Reg. No. 15544-047
FPC - Florence
PO Box 5000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 14, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk