IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00064-BNB

PHILIP J. SIMON,

    Plaintiff,

v.

DENTIST HIGHSMITH,
DENTIST LOVINCZ, and
FIVE JOHN/JANE DOES,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Philip J. Simon, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Prison Camp in Florence, Colorado. Mr. Simon, acting *pro se*, submitted to the Court a Prisoner Complaint pursuant to 28 U.S.C. §§ 1331, 1332 and *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). He also filed a proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that Magistrate Judge Boyd N. Boland granted on February 11, 2011.

Magistrate Judge Boland directed Mr. Simon to pay the full amount of the $350.00 filing fee in installments and to pay an initial partial filing fee of $48.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Simon that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Simon has failed to communicate with the Court. As a result, he has not paid the initial partial filing fee within the time allowed, or in the alternative shown cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for Mr. Simon's failure either to pay an initial partial filing fee of $48.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this  21st  day of   March        , 2011.

BY THE COURT:


  s/Lewis T. Babcock         
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00064-BNB

Phillip J. Simon
Reg. No. 15544-047
FPC - Florence
PO Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk